

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

William Ellis Shimp,

\* From the 90th District Court
of Stephens County
Trial Court No. F34849.

Vs. No. 11-16-00235-CR

\* December 14, 2017

The State of Texas,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.